B3B (Official Form 3B) (12/07) -- Cont.

# United States Bankruptcy Court
## Northern District of Illinois

In re: Jessica L. Maldonado  
Debtor(s)

Case No. 11 B 45598

### ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[✓] DENIED.

The debtor shall pay the chapter 7 filing fee according to the following terms:

$ 76.50 on or before November 30, 2011

$ 76.50 on or before December 15, 2011

$ 76.50 on or before January 3, 2012

$ 76.50 on or before February 3, 2012

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ at _____.  
(address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

BY THE COURT:

DATE: November 15, 2011

_Pamela S Hollis_  
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Jessica L. Maldonado | ) | 11 B 45598 |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

### CERTIFICATE OF SERVICE

I, Paulina Garga, hereby certify that on November 15, 2011, I caused to be served copies of the attached **ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE** on all persons listed below either through the Courts's Electronic Notice for Registrants System or by first class United States mail (**) in properly addressed envelopes with postage prepaid.

*Paulina Garga* (signature)
Paulina Garga
Relief Courtroom Deputy

### SERVICE LIST

**Jessica L. Maldonado (**)**
11137 S Ave G
Chicago, IL 60617

*Trustee*
**Richard M Fogel**
Shaw Gussis Fishman Glantz Wolfson
321 N Clark Street Suite 800
Chicago, IL 60654

*U.S. Trustee*
**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604